CRIMINAL COMPLAINT

| United States District Court | | DISTRICT of ARIZONA |
|---|---|---|
| **United States of America**<br>v.<br>Daniel Joseph Garcia<br>DOB: xx/xx/1986   U.S. Citizen | ☐ FILED ☐ LODGED<br>☐ RECEIVED DOCKET COPY NO.<br>JUL - 9 2009<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY _____ DEPUTY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>09-01876M |

| Complaint for violation of Title 18 | United States Code **§ 922(a)(6) and 924(a)(2)** |
|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 18, 2008, at or near Tucson, in the District of Arizona, **Daniel Joseph Garcia**, in connection with the acquisition of six (6) Colt, .38 caliber semi-automatic pistols, Model El Grito, bearing serial numbers MHC0029, MHC0037, MHC0039, MHC0040, MHC0041, and MHC0063, from Tucson Guns and Western Artifacts, a federally licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false statement and representation which was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale and acquisition of said firearms to the defendant, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that he was the actual purchaser of the firearms when in fact as the defendant knew, he was not the actual purchaser of the firearms; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about January 18, 2008 at or near Tucson, in the District of Arizona, **Daniel Joseph Garcia**, went to Tucson Guns and Western Artifacts, a federally licensed firearms dealer, to obtain six (6) firearms. In connection with the acquisition of six (6) Colt, .38 caliber semi-automatic pistols, Model El Grito, bearing serial numbers MHC0029, MHC0037, MHC0039, MHC0040, MHC0041, and MHC0063, the defendant falsely represented on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, that he was the actual purchaser of the firearms. The defendant knew and subsequently admitted that he was purchasing the firearms for his cousin whom he knew to be a convicted felon and who therefore could not possess firearms.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| **Recommend Detention**<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JOELYN D. MARLOWE<br>AUTHORIZED BY:  AUSA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Special Agent, ATF |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 9, 2009 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54